UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17 - 2069 JJO

UNITED STATES OF AMERICA

vs.

EDUARDO ANTONIO ALVAREZ MIRANDA,

      **Defendant.**

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes __x__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes __x__ No

      Respectfully submitted,

      WIFREDO A. FERRER
      UNITED STATES ATTORNEY

BY: _____
      DIANE PATRICK
      ASSISTANT UNITED STATES ATTORNEY
      Florida Bar No. 0770744
      99 N. E. 4th Street
      Miami, Florida   33132-2111
      TEL (305) 961-9414
      FAX (305) 530-7976
      Diane.Patrick@usdoj.gov

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

EDUARDO ANTONIO ALVAREZ MIRANDA

**CRIMINAL COMPLAINT**

CASE NUMBER: 17-2069 JJO

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about January 22, 2017, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant, EDUARDO ANTONIO ALVAREZ MIRANDA, did in a matter within the jurisdiction of the executive branch of the United States, knowingly and willfully make a false statement as to a material fact to an Officer of U.S. Customs and Border Protection, in violation of Title 18, United States Code, Section 1001(a)(2)

I further state that I am an Enforcement Officer with U.S. Customs and Border Protection ("CBP"), and that this complaint is based on the following facts:

On or about January 22, 2017, the defendant, EDUARDO ANTONIO ALVAREZ MIRANDA, who is a national of Ecuador and has dual citizenship in Ecuador and Italy, arrived at Miami International Airport aboard American Airlines Flight #948 from Guayaquil, Ecuador. The defendant presented an Italian passport to CBP for entry into the United States. Because Italy is a visa waiver country, the defendant did not need to present a U.S. visa for entry. Instead he completed and submitted the required Electronic System for Travel Authorization application (ESTA) form on August 22, 2016. The defendant was referred to secondary inspection for a more detailed inspection. During a baggage examination, CBP Officers discovered inside his backpack a genuine North Carolina driver's license in the defendant's name and bearing his photograph, but with a different date of birth. This revealed a possible prior presence in the United States. CBP Officers queried immigration records which revealed that EDUARDO ANTONIO ALVAREZ MIRANDA had previously applied for a B1/B2 visa in 1998 and 2000. However, both visa applications had been denied. Question 7 in the ESTA application asks, "Have you ever been denied a U.S. visa you applied for with your current or previous passport, or have you ever been refused admission to the United States or withdrawn your application for admission at a U.S. port of entry?" The defendant falsely stated that he had never been denied a U.S. visa. During a secondary interview, the defendant admitted that he signed and completed the ESTA application. He also said he could not remember if he had been denied a visa, but admitted that he had been present in the United States for several years and had obtained the North Carolina driver's license.

ERNESTO QUINONES, ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION

Sworn to before me, and subscribed in my presence,

__JANUARY 23, 2017__
Date

Miami, Florida
City and State

JOHN J. O'SULLIVAN
__UNITED STATES MAGISTRATE JUDGE__
Name and Title of Judicial Officer

Signature of Judicial Officer